

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _Tulsa_

_Civil_ Division

FILED

APR 10 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No. **23 CV - 144 CVE - SH**
_(to be filled in by the Clerk's Office)_

Tony Ray Baldwin
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Tulsa Jail
_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

Page 1 of 11

fees due

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Tony Ray Baldwin

All other names by which
you have been known:

ID Number                               1149351

Current Institution                     DAVID L. Moss.

Address                                 300 North Denver Ave

                                        Tulsa            Okla.       74103
                                        _City_           _State_     _Zip Code_

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    SATELLITE SERICER INC.(SSI)

Job or Title *(if known)*               Targeted electioneering communication

Shield Number                           N/A

Employer                                Public Agents

Address                                 N/A

                                        N/A              CAl         N/A
                                        _City_           _State_     _Zip Code_

                                        ☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                                    MS. morgan

Job or Title *(if known)*               deputy

Shield Number                           N/A

Employer                                DAVID L. Moss.

Address                                 300 North Denver Ave

                                        Tulsa            OK          74103
                                        _City_           _State_     _Zip Code_

                                        ☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Mr. CARTER |
| Job or Title *(if known)* | D.O. |
| Shield Number | N/A |
| Employer | DAVID L. Moss |
| Address | 300 North Denver Ave |
| | Tulsa            Ok        74103 |
| | City            State        Zip Code |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City            State        Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Okla. STAT. Title 74 Section 192

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_Taft - Hartley Act 1947_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_To be protected from Harrassment and Disrespect. From these off._

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_SATELLITE Harrassment targeted Stringtown prison_

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_D.O. CATER in DAVID L. Moss Acting in a disorderly manner._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

SATELLITE July 27, 2010 DAVID L. Moss 3/6/2023 and 3/9/2023

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DAVID L. Moss Mr. Carter call me Homosexual on video
DAVID L. Moss, Ms. Morgan denied meatla health services
SATELLITE Frequency in DNA or toxic hazdous

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

DAVID L. Moss Ms. Morgan denied access to mental health
DAVID L. Moss Mr. Carter Harrassment
SATELLITE Frequency DNA or toxic hazdous brain damage

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Stop the harrassment of DAVID L. Moss and SATELLIT

DAVID L. Moss. Ms. Morgan  2,000,000
DAVID L. Moss Mr. Carter  2,000,000
SATELLITE SERICER INC. 78,000,000,000,000

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

DAVID L. Moss,
Stringtown prison

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

o Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Pod Issues - Occurred on day shift
Pod Issues - occurred on night shift and violation of -
- right

2.  What did you claim in your grievance?

Harrassment and against Federal civil right act

3.  What was the result, if any?

NONE denied and no help with Administrative
- remedies was denied

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

because I should followed there way

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

DAVID L. Moss Denied and Falsely claimed

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

cops complaint

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

NONE Denied it from grievance to it

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

dissmissed without prejudice for failure to State a claim

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   Tony Ray Baldwin

Defendant(s)   SATELLITE SERICER INC. SSI

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Northen District court Okla.

3.    Docket or index number

Case number 22-CV-506-CVE-JFJ

4.    Name of Judge assigned to your case

CLAIRE V. EAGAN

5.    Approximate date of filing lawsuit

Nov. 17. 2022

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.   DEC. 12, 2022

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Final    or termination

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)        *N/A*

Defendant(s)      *N/A*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*N/A*

3.    Docket or index number

*N/A*

4.    Name of Judge assigned to your case

*N/A*

5.    Approximate date of filing lawsuit

*N/A*

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition      *N/A*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3/31/23

| | |
|---|---|
| Signature of Plaintiff | *Tony Ray Baldwin* |
| Printed Name of Plaintiff | Tony Ray Baldwin |
| Prison Identification # | 1149351 |
| Prison Address | 300 North Denver Ave |
| | Tulsa         Ok        74103 |
| | *City*        *State*     *Zip Code* |

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*        *State*     *Zip Code* |
| Telephone Number | |
| E-mail Address | |



Tony Ray Baldwin
1149331 Pod 3 B12
620 North Denver Ave
Tulsa, Okla. 74103

RECEIVED

APR 10 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

23 CV - 144 CVE - SH
Northern District of Oklahoma
333 West Fourth Street Room 411
Tulsa, Okla. 74103

TULSA OK 740
6 APR 2023 PM 2 L
postmarked 4/6/2023 pa

neopost
04/06/2023
US POSTAGE $000.84⁰

FIRST-CLASS MAIL

ZIP 74103
041L12205338